**STATEMENT OF FACTS**

On or about September 25, 2013, MPD officers responded as back up to a radio run for an overturned vehicle and accident in the 2500 block of Branch Avenue S.E., Washington, DC. Upon arrival officers assisted the defendant, Jarvis Johnson, out of the driver's side onto the passenger side of a Toyota Camry. The driver's side door was inoperable due to the collision. The defendant, Jarvis Johnson, appeared conscious, but confused, and that he was not listening to verbal commands to unlock the vehicle and open the door. Officers observed the defendant was constantly reaching down between his legs with his right hand as if he was looking for something. Eventually, officers broke the passenger side window and unlocked the vehicle and assisted the defendant out of the vehicle. Once the defendant was out of the vehicle, he spontaneously stated "By the way, that's not my weapon". A searched of the vehicle revealed a loaded Smith and Wesson .38 caliber Revolver with the serial numbers obliterated, under the driver's side floor mat. The defendant was placed under arrest. To the best of the undersigned officer's knowledge, defendant Jarvis Johnson, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the District of Maryland Case No. T100718X. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. She wrote his initials on the computer print-out that she reviewed, so that she would recognize it again in the future. To the best of this officer's knowledge, there are no Smith & Wesson .38 Revolvers handguns nor ammunition manufactured in the District of Columbia.

_____
OFFICER CHRISTINA ROCCATO
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF SEPTEMBER, 2013.

_____
U.S. MAGISTRATE JUDGE